FILED

Jul 10, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | CASE NO. 1:25-SW-00028-BAM |
| TWO ONE-KILOGRAM SILVER BARS HELD IN THE CUSTODY OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE | [~~PROPOSED~~] ORDER TO UNSEAL SEIZURE WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   **Jul 10, 2025**

_Erica P. Grosjean_
Hon. ERICA P. GROSJEAN
United States Magistrate Judge